UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| JAMAL MITCHELL, | ) | |
| Petitioner, | ) | Civil No. 5: 18-442-JMH |
| V. | ) | |
| FRANCISCO QUINTANA, Warden, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Jamal Mitchell [R. 1] is **DENIED** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of Francisco Quintana, Warden of the Federal Medical Center in Lexington, Kentucky.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 16th day of July, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge